UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DAVID J. CHARLES,<br><br>Petitioner. | Case No. 24-cv-05111-EKL<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Petitioner David J. Charles, *pro se*, filed this habeas corpus action. ECF No. 1. The Court issued an order of dismissal with leave to amend, which was mailed to Petitioner's last known address. ECF No. 11. The order of dismissal required the filing of an amended petition by November 12, 2024, and reminded Petitioner of his obligation to keep the Court apprised of any change of address. *Id.* at 3. The mail was returned as undeliverable because Petitioner was no longer housed in the facility. ECF. No. 13.

More than sixty days have passed since the mail was returned and Petitioner has not provided a current mailing address. Petitioner has failed to keep the Court apprised of his current address as required by Civil Local Rule 3-11(b), and has failed to file an amended petition. Petitioner has failed to prosecute this matter. *See* Fed. R. Civ. P. 41(b). Accordingly, this action is **DISMISSED** without prejudice. Because dismissal is without prejudice, Petitioner may move to reopen the suit and have proceedings reinstated.

**IT IS SO ORDERED.**

Dated: February 10, 2025

Eumi K. Lee
United States District Judge